**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JORGE ESPINOZA-LUGO, AKA Jorge Espinoza, AKA Jorge Espinosa Lugo, AKA Jorge Espinoza Lugo, | No. 12-72465 |
| Petitioner, | Agency No. A046-990-134 |
| v. | MEMORANDUM[*] |
| LORETTA E. LYNCH, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued November 21, 2014
Submitted December 30, 2014
San Francisco, California

Before: THOMAS, Chief Judge, CHRISTEN, Circuit Judge, and SEABRIGHT,[**] District Judge.

Jorge Espinoza-Lugo, native and citizen of Mexico, was convicted of

accessory to a felony under California Penal Code § 32.  An Immigration Judge

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable J. Michael Seabright, District Judge for the U.S. District Court for the District of Hawaii, sitting by designation.

ordered him removed to Mexico, determining his conviction to be an aggravated felony because it is an offense relating to obstruction of justice under 8 U.S.C. § 1101(a)(43)(S). Applying the interpretation of "obstruction of justice" articulated in *In re Valenzuela Gallardo*, 25 I. & N. Dec. 838 (BIA 2012), the Board of Immigration Appeals dismissed Espinoza-Lugo's appeal. Espinoza-Lugo now petitions for review.[1]

We have jurisdiction pursuant to 8 U.S.C. § 1252(a)(2)(D). In light of our decision in *Valenzuela Gallardo v. Lynch*, No. 12-72326, we remand to the Board for either application of the agency interpretation announced in *In re Espinoza Gonzalez*, 22 I. & N. Dec. 889 (BIA 1999), or consideration of a new construction of 8 U.S.C. § 1101(a)(43)(S).

**PETITION GRANTED IN PART, AND REMANDED.**

---

[1] The parties are familiar with the facts, so we do not recount them in detail.

*Espinoza-Lugo v. Lynch*, No. 12-72465

SEABRIGHT, District Judge, dissenting:

I respectfully dissent for the reasons stated in my dissent from the majority

Opinion in *Valenzuela Gallardo v. Lynch*, No. 12-72326.